1
2
3
4
5

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Tyler H.L. Tornabene
Daniel Hugo Fruchter
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

6
7
8
9

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

10
11
12
13
14
15
16
17
18

In Re The Matter of:

United States' Petition for Summary
Enforcement and Costs Re: Civil
Investigative Demand No. EDWA 21-002

NO.  1:21-cv-3048

**DECLARATION
OF TYLER H.L. TORNABENE
IN SUPPORT OF
UNITED STATES' PETITION
FOR SUMMARY
ENFORCEMENT AND COSTS
RE: CIVIL INVESTIGATIVE
DEMAND No. EDWA 21-002**

19
20
21

**Declaration of Tyler H.L. Tornabene in Support of
the United States' Petition for Summary Enforcement and Costs
Re: Civil Investigative Demand No. EDWA 21-002**

22

I, Tyler H.L. Tornabene, declare as follows:

23
24
25
26
27
28

1.      I am an Assistant United States Attorney (AUSA) with the United States

Attorney's Office for the Eastern District of Washington and counsel for the United

States in the above captioned matter.  I have worked as an AUSA for over twelve years

and during that time have focused almost exclusively on criminal and civil fraud cases

including the investigation of suspected False Claims Act violations.  I submit this

declaration in support of the United States' Petition for Summary Enforcment and

DECLARATION OF TORNABENE IN SUPPORT OF UNITED STATES'
PETITION FOR SUMMARY ENFORCEMENT AND COSTS - 1

Costs Re: Civil Investigative Demand No. EDWA 21-002.

2.     I am familiar with this case as one of the assigned AUSAs to the False Claims Act investigation of Respondent Rick Gray.  The statements herein are based on my personal knowledge.

3.     Attached hereto are true and accurate copies of the following:

- **Exhibit 1**: Civil Investigative Demand No. EDWA 21-002[1];

- **Exhibit 2**: Transcript of sworn testimony of USDA OIG Special Agent Jason Gonzalez dated March 17, 2021;

- **Exhibit 3**: Email chain between AUSAs and attorney Timothy J. Carlson: March 10, 2021, to March 29, 2021; and

- **Exhibit 4**: The most recent written direction provided to Respondent Rick Gray pursuant to CID No. EDWA 21-002.

## ISSUANCE AND SERVICE OF CID NO. EDWA 21-002

4.     On February 24, 2021, the United States Attorney for the Eastern District of Washington issued CID No. EDWA 21-002 (herein also referred to as "the CID") to Respondent Rick Gray.  The CID is attached hereto as Exhibit 1.  The CID was issued in connection with the False Claims Act investigation of Respondent Rick Gray regarding allegations that he knowingly submitted and caused to be submitted false and fraudulent claims and statements to the USDA Federal Crop Insurance Corporation (FCIC).

5.     The CID was personally served on Respondent Rick Gray on March 10, 2021, by Special Agent Jason Gonzalez of the United States Department of Agricutlure (USDA) Office of Inspector General (OIG).  (*See* Exhibit 2.)

---

[1] This is a copy of the same CID that is also referenced as Exhibit 1 within the transcript of sworn testimony of USDA OIG Special Agent Jason Gonzalez dated March 17, 2021, which itself is attached hereto as Exhibit 2.

DECLARATION OF TORNABENE IN SUPPORT OF UNITED STATES' PETITION FOR SUMMARY ENFORCEMENT AND COSTS - 2

6.   The CID required that Respondent Rick Gray "give oral testimony under oath, commencing seven (7) days from the date of receipt of this Demand, at 9:00 a.m., at the United States Attorney's Office for the Eastern District of Washington, 920 W. Riverside Ave., Spokane, Washington 99201 . . . ."  (Exhibit 1).

7.   Based on the March 10, 2021, day of service, seven days from Respondent Rick Gray's receipt of the CID was March 17, 2021.

8.   When Special Agent Gonzalez personally served Respondent Rick Gray on March 10, 2021, he explicitly told Respondent Rick Gray that under the CID Respondent Rick Gray was required to appear in Spokane, Washington, as directed by the CID, on March 17, 2021.  (*See* Exhibit 2).  At no time did Respondent Rick Gray express any confusion as to the clear direction explicitly stated in the CID regarding the date, time, and location of his oral testimony.  (*See* Exhibit 2).

9.   Later that day, after Respondent Rick Gray was personally served with the CID, counsel for the United States received an email from attorney Timothy J. Carlson acknowledging that his client, Respondent Rick Gray, was served with the CID.  (*See* Exhibit 3).

10.   In subsequent email exchanges that same day, March 10, 2021, Mr. Carlson requested to speak with counsel for the United States.  (*See* Exhibit 3).  Counsel for the United States offered the afternoons of March 11th and 12th, or anytime on March 15th, as times to talk via phone with Mr. Carlson.  (*Id*.).  Counsel for the United States also provided Mr. Carlson email contact information and cell phone contact information to further facilitate making contact with counsel for Respondent Rick Gray regarding the CID.  (*Id*.).  There does appear to have been any other attempt by Respondent Rick Gray, counsel for Respondent Rick Gray, or anybody purporting to act on behalf of Respondent Rick Gray, to contact the United States Attorney's Office for the Eastern District of Washington prior to 5:00 p.m. on March 17, 2021, although Mr. Carlson did provide a response shortly after 5:00 p.m. that day.  (*Id*.).

11.   In his email shortly after 5:00 p.m. on March 17, 2021, Mr. Carlson does

DECLARATION OF TORNABENE IN SUPPORT OF UNITED STATES'
PETITION FOR SUMMARY ENFORCEMENT AND COSTS - 3

not express any confusion, either on his part or on Respondent Rick Gray's part, as to when or where Respondent Rick Gray's oral testimony pursuant to the CID was to have been. (*See* Exhibit 3).

12.    At no time on or prior to March 17, 2021, did Respondent Rick Gray, counsel for Respondent Rick Gray, or anybody purporting to act on behalf of Respondent Rick Gray, request any alteration to the date, time, or location of Respondent Rick Gray's oral testimony as required and directed pursuant to the CID. (*See* Exhibit 3).

13.    At no time did Respondent Rick Gray, counsel for Respondent Rick Gray, or anybody purporting to act on behalf of Respondent Rick Gray, object to the enforceability of the CID or to the date, time, or location of Respondent Rick Gray's oral testimony as required and directed pursuant to the CID. (*See* Exhibit 3).

## UNITED STATES' INCURRED COSTS AND ADDITIONAL COMMUNICATIONS

14.    As a result of Respondent Rick Gray's failure to appear as directed by the CID to provide oral testimony under oath, and Respondent Rick Gray's lack of any notice that he would not appear as directed, the United States incurred a total of $1,935.79 in costs, not including attorney costs, from the following sources in the following amounts:

      a.    $161.28 for the travel of USDA OIG Special Agent Jason Gonzalez to and from the scheduled oral testimony of Respondent Rick Gray. This amount is based on Special Agent Gonzalez's round trip mileage of 288 miles in a government vehicle from Richland, Washington where he is based. This calculation uses the 2021 federal mileage rate of $0.56 per mile;

      b.    $1,603.51 for the travel of Special Investigator Michael "Chris" Treiber of the USDA Risk Management Agency to and from the scheduled oral testimony of Respondent Rick Gray. This amount is

1
2
3

    based on Special Investigator Treiber's travel costs, including round trip airfare from San Luis Obispo, California, as he is based in that area; and

4

    c. $171.00 in court reporter costs from Snover Court Reporting.

5
6
7
8
9
10
11

15.    By email dated March 17, 2021, I informed Respondent Rick Gray, through his counsel Mr. Carlson, that the United States would be seeking an order from the Court imposing on Respondent Rick Gray the costs that were incurred because of his failure to appear as directed by the CID. (*See* Exhibit 3). At that time I also informed Mr. Carlson, for Respondent Rick Gray, that the United States would seek a court order compelling Respondent Rick Gray's appearance to give oral testimony as required by the CID. (*See* Exhibit 3).

12
13
14
15
16
17
18
19
20

16.    Mr. Carlson, for Respondent Rick Gray, responded that Respondent Rick Gray could be available to provide oral testimony pursuant to the CID the week of April 12, 2021, provided it was after April 12th. (*See* Exhibit 3). Mr. Carlson, for Respondent Rick Gray, advised that Respondent Rick Gray was seeking different counsel to represent him in this matter and that any scheduling issues for such new counsel were unknown. (*See* Exhibit 3). Mr. Carlson, for Respondent Rick Gray, further advised that he would be willing to accept service of the instant petition but did not intend to enter a notice of appearance on behalf of Respondent Rick Gray in this matter. (*See* Exhibit 3).

21
22
23
24
25
26

17.    Pursuant to the CID and in my capacity as assigned AUSA and a listed False Claims Act investigator on the CID, I directed Respondent Rick Gray in writing via email to Mr. Carlson, and what appears to be Respondent Rick Gray's email, that Respondent Rick Gray is to be present to provide oral testimony under oath on April 15, 2021, at 9:00 a.m. in Room 116 of the Thomas S. Foley U.S. Courthouse located at 920 W. Riverside Ave., Spokane, Washington 99201. (Exhibit 4).

27
//

28
//

DECLARATION OF TORNABENE IN SUPPORT OF UNITED STATES'
PETITION FOR SUMMARY ENFORCEMENT AND COSTS - 5

## GROUNDS FOR ENFORCING CID NO. EDWA 21-002

18.    Respondent Rick Gray did not, and has not, moved to modify or set aside the CID.

19.    The allegations of Respondent Rick Gray's False Claims Act violations include multiple allegedly false or fraudulent crop insurance loss claims, resulting in indemnity checks received by Respondent Rick Gray totaling over one million dollars, submitted for crop years 2013 through 2016 to the Rural Community Insurance Company.   The allegedly fraudulently obtained indemnity checks, totaling over one million dollars, was ultimately completely borne by the USDA through the FCIC.

20.    More specifically, the allegations of Respondent Rick Gray's False Claims Act violations include false overstatement of agricultural losses in support of his crop insurance claims, as well as false, fraudulent, and material omission of sales of crops required to be disclosed on annual reports.

21.    The CID, which is attached as Exhibit 1 hereto, calls for Respondent Rick Gray to provide oral testimony under oath on a variety of specifically identified topics, all of which are relevant and material to the investigation of the alleged False Claims Act violations committed by Respondent Rick Gray.   The specified topics essentially fall into 4 categories: 1) Respondent Rick Gray, and his associated entities', farming operations from 2013 to the present; 2) Respondent Rick Gray, and his associated entities', knowledge of and participation in obtaining crop insurance and making crop insurance loss claims from 2013 to the present; 3) Respondent Rick Gray, and his associated entities', use of various specified granaries from 2013 to the present; and 4) Respondent Rick Gray, and his associated entities', receipt of crop insurance indemnity payments from 2013 to the present.

22.    The United States has not commenced any civil action brought under the False Claims Act in connection with this investigation as it remains ongoing.

//

//

1

## GROUNDS FOR IMPOSING COSTS

2      23.   I am aware of no time prior to, or even on March 17, 2021, in which

3  Respondent Rick Gray made any request to the United States Attorney's Office for the

4  Eastern District of Washington, the assigned case agent with USDA OIG, or anyone

5  for the government associated with this investigation, for an alternate date, time, or

6  location in which to provide oral testimony under oath pursuant to the CID.

7      24.   At no time that I am aware of did Respondent Rick Gray make any

8  objection to the United States Attorney's Office for the Eastern District of Washington,

9  the assigned case agent with USDA OIG, or anyone for the government associated with

10  this investigation, regarding the enforceability of the CID.

11      25.   At no time that I am aware of did Respondent Rick Gray inform the United

12  States Attorney's Office for the Eastern District of Washington, the assigned case agent

13  with USDA OIG, or anyone for the government associated with this investigation, that

14  he would not be appearing to provide oral testimony under oath on March 17, 2021, as

15  directed by the CID.

16      26.   The travel costs for Special Agent Gonzalez were reasonable expenses.

17  Special Agent Gonzalez has experience in the investigation of fraud allegedly

18  perpetrated on the many different programs and components of the USDA, which

19  includes federal crop insurance.

20      27.   Special Agent Gonzalez is the lead case agent in this False Claims Act

21  Investigation and has been investigating this case since 2017.  As a result, Special

22  Agent Gonzalez reviewed and analyzed the many documents he has collected from

23  third parties including: the USDA Risk Management Agency (RMA), which is

24  responsible for administering the Federal Crop Insurance Corporation (FCIC); the

25  Rural Community Insurance Company, the crop insurance company which paid

26  Respondent Rick Gray over one million dollars in federally back crop insurance

27  indemnity payments due to Respondent Rick Gray's allegedly false crop insurance loss

28  claims; and records of Respondent Rick Gray's relevant crop sales.

28. Special Agent Gonzalez has also conducted multiple interviews of witnesses, both within the federal government and outside the federal government, with information relevant to this investigation.

29. As a result of his experience in investigating crop insurance fraud allegations and his specific and detailed knowledge of the facts of the investigation of Respondent Rick Gray's alleged crop insurance fraud, the travel costs of Special Agent Gonzalez to the scheduled oral testimony was reasonable and is a common expense incurred when taking oral testimony pursuant to a CID.

30. The travel costs for Special Investigator Michael "Chris" Treiber were reasonable expenses. Special Investigator Treiber has worked for USDA RMA for 5 years and as a result has expertise in the administration of the FCIC, the process of claims loss adjustment of federal crop insurance by federal crop insurers, and the investigation of alleged crop insurance fraud. Special Investigator Treiber also has experience with crop insurance loss claims for wheat, the crop at issue here. This includes detailed knowledge of wheat farming practices in the Eastern District of Washington.

31. Further, Special Investigator Treiber interviewed Respondent Rick Gray regarding his farming practices and other matters directly relevant to the investigation.

32. Special Investigator Treiber has been working directly with Special Agent Gonzalez for 4 years investigating the allegations that Respondent Rick Gray fraudulently obtained over one million dollars in crop insurance indemnity payments between 2013 and 2016. This includes the review and analysis of the voluminous documents obtained by USDA RMA and USDA OIG from the Rural Community Insurance Company as well records of Respondent Rick Gray's relevant crop sales. This also includes participating with Special Agent Gonzalez in the interview of multiple witnesses, both within the federal government and outside the federal government, with information relevant to this investigation.

33.    As a result of his experience in the administration of the FCIC, the claims loss adjustment process for crop insurance companies, wheat farming practices in the Eastern District of Washington, as well as his experience investigating crop insurance fraud allegations and his specific and detailed knowledge of the facts of the investigation of Respondent Rick Gray's alleged crop insurance fraud, the expense of the travel of Special Investigator Treiber was reasonable for the United States to incur. Further, it is not uncommon to have an additional investigator and/or subject matter expert present at oral testimony pursuant to a CID.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March, 2021, at Spokane, Washington.


_____
Tyler H.L. Tornabene
Assistant U.S. Attorney
Eastern District of Washington

# EXHIBIT 1

**Civil Investigative Demand-Oral Testimony**

# United States Attorney's Office for the Eastern District of Washington

**Spokane, WA 99201**

TO:   Rick Gray                                 Civil Investigative
         560 Crider Valley Road                    Demand EDWA 21-002
         Bickleton, WA

This Civil Investigative Demand is issued pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, in the course of a False Claims Act investigation to determine whether there is or has been a violation of 31 U.S.C. § 3729. The False Claims Act investigation concerns allegations that you, and/or your company Gray Land & Livestock LLC, knowingly submitted and caused to be submitted false and fraudulent claims and statements to the United States Department of Agriculture (USDA) Federal Crop Insurance Corporation. Specifically, the False Claims Act investigation concerns allegations that you and/or your companies Gray Land & Livestock LLC and/or Gray Farms & Cattle Co. LLC and/or Gray Holdings LLC: (1) knowingly submitted false or fraudulent claims for crop insurance indemnification on crop insurance policies insured or re-insured by the Federal Crop Insurance Corporation for crop years 2013 through 2016 and crop years 2018 and 2019; and (2) that you and/or your companies Gray Land & Livestock LLC and/or Gray Farms & Cattle Co. LLC and/or Gray Holdings LLC knowingly made, used, or caused to be made or used false records or statements material to those false or fraudulent claims.

This Demand requires you to provide oral testimony to the Federal Government. This is the original of the Demand; no copies have been served on other parties. The information and documents provided in response to this Demand may be shared, used, and disclosed as provided by 31 U.S.C. § 3733.

## A. Oral Testimony

You are required by this Demand to give oral testimony under oath, commencing seven (7) days from the date of receipt of this Demand, at 9:00 a.m., at the United States Attorney's Office for the Eastern District of Washington, 920 W. Riverside Ave., Spokane, Washington 99201, or at such time and in such other place as may be agreed upon by Mr. Tornabene or Mr. Fruchter and you. The testimony will be taken stenographically and also may be recorded audio-visually.

AUSAs Dan Fruchter and Tyler Tornabene are False Claims Act investigators who may conduct the examination, and the custodians to whom the transcript of the deposition will be delivered. Your attendance and testimony at the oral examination are necessary to the conduct of

the False Claims Act investigation described above. You have the right to be accompanied by an attorney and any other personal representative at the oral examination.

The general purposes for which this Civil Investigative Demand is issued are to discover your knowledge, between 2013 and the present, of submissions of crop insurance indemnity claims by you and/or by or on behalf of Gray Land & Livestock LLC and/or Gray Farms & Cattle Co. LLC and/or Gray Holdings LLC to your crop insurance company(ies), including Rural Community Insurance Company, and through them to the Federal Crop Insurance Corporation. Specifically, the primary areas of inquiry identified below:

1. Your, and Gray Land & Livestock LLC's, farming operations between 2013 and the present.

2. Your and Gray Farms & Cattle Co. LLC's farming operations between 2013 and the present.

3. Your, and Gray Land & Livestock LLC's, and Gray Farms & Cattle Co. LLC and Gray Holdings LLC participation in the Federal Crop Insurance Program between 2013 and the present.

4. Your knowledge of your and/or Gray Land & Livestock LLC's and/or Gray Farm & Cattle Co. LLC's and/or Gray Holdings LLC's crop insurance policies from 2013 to the present, including your, and/or Gray Land & Livestock LLC's and/or Gray Farm & Cattle Co. LLC's and/or Gray Holdings LLC's crop insurance policies with Rural Community Insurance Company.

5. Your knowledge of and participation in the submission of any claims for indemnification on your, and/or Gray Land & Livestock LLC's and/or Gray Farm & Cattle Co. LLC's and/or Gray Holdings LLC's, crop insurance policies from 2013 to the present, including claims for indemnification on crop insurance policies with Rural Community Insurance Company.

6. Your and/or Gray Land & Livestock LLC's and/or Gray Farm & Cattle Co. LLC's and/or Gray Holdings LLC's business with Horse Heaven Grain including grain deliveries and storage.

7. Your and/or Gray Land & Livestock LLC's and/or Gray Farm & Cattle Co. LLC's and/or Gray Holdings LLC's business with Tri-Cities Grain including grain deliveries and storage.

8. Your, and/or Gray Land & Livestock LLC's and/or Gray Farm & Cattle Co. LLC's and/or Gray Holdings LLC's business with AgriNorthwest including grain deliveries and storage.

9. Your, and/or Gray Land & Livestock LLC's and/or Gray Farm & Cattle Co. LLC's and/or Gray Holdings LLC's business with Mid Columbia Producers Inc. including grain deliveries and storage.

10. Your knowledge of the receipt of Federal Crop Insurance Corporation

indemnification payments to you and/or Gray Land & Livestock LLC and/or Gray Farm & Cattle Co. LLC and/or Gray Holdings LLC.

Issued at Spokane, WA, this ___ day of ___, 2021.

_____
William D. Hyslop
United States Attorney for the
Eastern District of Washington

# EXHIBIT 2

# In The Matter Of:

*Rick Gray*

---

*Proceedings of No-Show*

*Vol. I*

*March 17, 2021*

---

*Snover Court Reporting, Inc.*

*708 N. Argonne Rd., Ste 1B*

*Spokane Valley, WA  99212*

1

IN RE:  RICK GRAY                    Civil Investigative
                                     Demand EDWA 21-002

_____

PROCEEDINGS RE SCHEDULED DEPOSITION OF RICK GRAY
             Wednesday -- March 17, 2021
                  Pages 1 to 9
_____

Michael S. Kuplack, CCR

SNOVER COURT REPORTING

Professional Court Reporters

708 N. Argonne Road, Suite 1B

Spokane Valley, Washington 99212

(509)467-0666  Fax (509)315-8375

E-mail:  www.snovercourtreporting.com

LIC. NO. WA 2750 / ID 744

2

1        BE IT REMEMBERED that on the 17th day of March,
2021, at the hour of 9:19 a.m., proceedings were had
2  before Michael S. Kuplack, Notary Public, CCR No. 2750
(WA) / CSR No. 744 (ID), at the United States
3  Attorney's Office, 920 W. Riverside Avenue, Spokane,
Washington.

4

5                    A P P E A R A N C E S

6

7        U.S. DEPARTMENT OF JUSTICE
         UNITED STATES ATTORNEY'S OFFICE
8        By:  Tyler H.L. Tornabene
              Dan Fruchter
9        920 W. Riverside Avenue, Suite 340
         P.O. Box 1494
10       Spokane, WA  99201
         509.353.2767
11       tyler.h.l.tornabene@usdoj.gov
         daniel.fruchter@usdoj.gov

12

13       USDA RISK MANAGEMENT AGENCY:
         By:  Chris Treiber

14

15       USDA OFFICE OF INSPECTOR GENERAL:
         By:  Jason Gonzalez

16

17

18

19

20

21

22

23

24

25

3

                         I N D E X

WITNESS                                              PAGE

JASON GONZALEZ

      By Mr. Tornabene                                5



                       E X H I B I T S

NUMBER                                               PAGE

1      Civil Investigative Demand-Oral Testimony      4

Proceedings of No-Show - Vol. I - March 17, 2021

4

1          MR. TORNABENE:  We are here this morning

2    pursuant to Civil Investigative Demand EDWA 21-002,

3    which is a CID, a civil investigative demand, that was

4    served on Rick Gray.  Rick Gray is not present, nor is

5    his attorney, and it is 9:20 a.m.  I'd ask that the

6    CID be marked as Exhibit Number 1.

7          (Thereupon, Exhibit Number 1 was marked for

8    identification.)

9          MR. TORNABENE:  Present in the room here

10   today is myself, Assistant U.S. Attorney Tyler

11   Tornabene.  I'm joined by Assistant U.S. Attorney

12   Daniel Fruchter.  I'm also joined by Jason Gonzalez,

13   who is a special agent with the United States

14   Department of Agriculture, Office of Inspector

15   General; as well as Chris Treiber, who is a special

16   investigator with the USDA.

17          Agent Gonzalez served the CID, Exhibit

18   Number 1, on Mr. Gray, and although he's not under

19   oath, we want to put on the record a few facts here.

20   Actually, let's just swear him in, if we could.

21

22          JASON GONZALEZ,

23   called as a witness herein, having been first duly

24   sworn according to law, was examined and testified as

25   follows herein:

Proceedings of No-Show - Vol. I - March 17, 2021

5

1                                    EXAMINATION

2      BY MR. TORNABENE:

3          Q.   Agent Gonzalez, you've seen Exhibit Number 1;

4      is that correct?

5          A.   Yes.

6          Q.   And that's the CID in this case?

7          A.   Correct.

8          Q.   And did you serve that on a Mr. Rick Gray?

9          A.   I did.

10         Q.   And when did you do that?

11         A.   That would have been March 10th.

12         Q.   So, a week ago today; is that right?

13         A.   Correct.

14         Q.   And describe for us the circumstances of how

15     and where you served Mr. Gray with the CID.

16         A.   So, we served it at his address in Prosser.  I

17     can't remember the address off the top of my head, but

18     it was 21509 I think it's Drav- -- Dravhoff, in

19     Prosser, Washington.  Prior to serving it, I contacted

20     the Benton County Sheriff's Office and notified them

21     that I was going to be serving this at that address.

22         Myself and a fellow agent, Special Agent

23     Louis Stewart with USDA OIG, went to Mr. Gray's house,

24     knocked on the door.  Mr. Gray answered the door.  I

25     provided this to him, told him that he needed to be

Proceedings of No-Show - Vol. I - March 17, 2021

6

1    here at the federal courthouse in Spokane the

2    following Wednesday, which would be today, March 17th.

3         Q.  And you've had contact with Rick Gray

4    previously; is that right?

5         A.  Yes.

6         Q.  And so this was, in fact, Rick Gray?

7         A.  Yes.

8         Q.  Did Mr. Gray at that time make any statements

9    to you?

10        A.  Not really.  I told him that our criminal

11   investigation was almost over, and he said he didn't

12   know what I was talking about.  Gave him this, told

13   him to be up here the following week and if he had any

14   questions, to have his attorney contact the U.S.

15   Attorney's Office.  And he said okay, took the folder

16   with this inside of it and went back into his house.

17        Q.  And so at no time did Mr. Gray express any

18   confusion as to the date or location of the CID

19   deposition?

20        A.  No.

21        Q.  All right.  Thank you, Agent Gonzalez.  Oh,

22   one final question.  Did you have an opportunity to

23   check with the court security officers today to see if

24   Mr. Gray or his attorney had come to the federal

25   building today?

1      A.   Yeah.   I don't know what his attorney looks
2   like, but I described Mr. Gray and asked them if
3   anyone matching his description had come into the
4   courthouse, and they said no one matching that
5   description had entered.
6           MR. TORNABENE:   Thank you, Agent.
7               Additionally, on the record, we want to
8   put on the details of Tim Carlson.  That is the
9   attorney who represents Mr. Gray.  He had an e-mail
10  exchange with myself and AUSA Fruchter on March 10th.
11  In that e-mail exchange, he represented that he did in
12  fact represent Mr. Gray.  He attempted to arrange a
13  time to speak with myself and AUSA Fruchter.
14  Potential times to talk were exchanged.  Mr. Carlson
15  was not available for certain times.  Mr. Fruchter
16  provided quite a number of options on different days,
17  on March 11th, March 12th, as well as March 15th,
18  where he or myself would be available to speak with
19  Mr. Carlson, and Mr. Fruchter also provided his cell
20  phone number to Mr. Carlson.
21              At no time did Mr. Carlson, in that
22  e-mail exchange or otherwise, request any change of
23  schedule for the deposition, nor question where it was
24  to happen or when it was to happen.  And we've had no
25  further contact with Mr. Carlson since that e-mail

Proceedings of No-Show - Vol. I - March 17, 2021

8

1  exchange.  There have been no phone calls placed.  He

2  has not reached out to us in any way other than that.

3           (Discussion off the record between Messrs.

4  Tornabene and Fruchter.)

5           MR. TORNABENE:  And Mr. Fruchter has

6  reminded me that, in that e-mail exchange, Mr. Carlson

7  acknowledged that he had received the CID and was

8  aware of it.

9              All right.  I think that's all we have on

10 the record.  Thank you.

11           (9:26 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

9

REPORTER'S CERTIFICATE

1
2      I, Michael S. Kuplack, a Certified Court Reporter

3  and a Notary Public in and for the State of

4  Washington, do hereby certify:

5      That the testimony and/or proceedings, a

6  transcript of which is attached, was given before me

7  at the time and place stated therein; that any and/or

8  all witness(es) were duly sworn to tell the truth;

9  that the sworn testimony and/or proceedings were by me

10 stenographically recorded and transcribed under my

11 supervision, to the best of my ability; that the

12 foregoing transcript contains a full, true, and

13 accurate record of all the sworn testimony and/or

14 proceedings given and occurring at the time and place

15 stated in the transcript; that I am in no way related

16 to any party to the matter, nor to any counsel, nor do

17 I have any financial interest in the event of the

18 cause.

19     WITNESS MY HAND AND SEAL THIS 17th day of March,

20 2021.

21

22     *Michael S. Kuplack*

23     _____
       Michael S. Kuplack
       CCR No. 2750
24     Notary Public in and for the
       State of Washington, Spokane County.
25     Commission expires August 9, 2024.

## A

**according (1)**
4:24
**acknowledged (1)**
8:7
**Actually (1)**
4:20
**Additionally (1)**
7:7
**address (3)**
5:16,17,21
**agent (7)**
4:13,17;5:3,22,22;
6:21;7:6
**ago (1)**
5:12
**Agriculture (1)**
4:14
**almost (1)**
6:11
**although (1)**
4:18
**answered (1)**
5:24
**arrange (1)**
7:12
**Assistant (2)**
4:10,11
**attempted (1)**
7:12
**attorney (7)**
4:5,10,11;6:14,24;
7:1,9
**Attorney's (1)**
6:15
**AUSA (2)**
7:10,13
**available (2)**
7:15,18
**aware (1)**
8:8

## B

**back (1)**
6:16
**Benton (1)**
5:20
**building (1)**
6:25

## C

**called (1)**
4:23
**calls (1)**
8:1
**Carlson (7)**
7:8,14,19,20,21,25;
8:6
**case (1)**

**5:6**
**cell (1)**
7:19
**certain (1)**
7:15
**change (1)**
7:22
**check (1)**
6:23
**Chris (1)**
4:15
**CID (7)**
4:3,6,17;5:6,15;
6:18;8:7
**circumstances (1)**
5:14
**Civil (2)**
4:2,3
**confusion (1)**
6:18
**contact (3)**
6:3,14;7:25
**contacted (1)**
5:19
**County (1)**
5:20
**court (1)**
6:23
**courthouse (2)**
6:1;7:4
**criminal (1)**
6:10

## D

**Daniel (1)**
4:12
**date (1)**
6:18
**days (1)**
7:16
**Demand (2)**
4:2,3
**Department (1)**
4:14
**deposition (2)**
6:19;7:23
**describe (1)**
5:14
**described (1)**
7:2
**description (2)**
7:3,5
**details (1)**
7:8
**different (1)**
7:16
**Discussion (1)**
8:3
**door (2)**
5:24,24
**Drav- (1)**
5:18

**Dravhoff (1)**
5:18
**duly (1)**
4:23

## E

**EDWA (1)**
4:2
**e-mail (5)**
7:9,11,22,25;8:6
**entered (1)**
7:5
**EXAMINATION (1)**
5:1
**examined (1)**
4:24
**exchange (5)**
7:10,11,22;8:1,6
**exchanged (1)**
7:14
**Exhibit (4)**
4:6,7,17;5:3
**express (1)**
6:17

## F

**fact (2)**
6:6;7:12
**facts (1)**
4:19
**federal (2)**
6:1,24
**fellow (1)**
5:22
**few (1)**
4:19
**final (1)**
6:22
**first (1)**
4:23
**folder (1)**
6:15
**following (2)**
6:2,13
**follows (1)**
4:25
**Fruchter (7)**
4:12;7:10,13,15,19;
8:4,5
**further (1)**
7:25

## G

**Gave (1)**
6:12
**General (1)**
4:15
**Gonzalez (5)**
4:12,17,22;5:3;6:21
**Gray (14)**

**4:4,4,18;5:8,15,24;**
6:3,6,8,17,24;7:2,9,12
**Gray's (1)**
5:23

## H

**happen (2)**
7:24,24
**head (1)**
5:17
**herein (2)**
4:23,25
**house (2)**
5:23;6:16

## I

**identification (1)**
4:8
**inside (1)**
6:16
**Inspector (1)**
4:14
**into (2)**
6:16;7:3
**investigation (1)**
6:11
**Investigative (2)**
4:2,3
**investigator (1)**
4:16

## J

**Jason (2)**
4:12,22
**joined (2)**
4:11,12

## K

**knocked (1)**
5:24

## L

**law (1)**
4:24
**location (1)**
6:18
**looks (1)**
7:1
**Louis (1)**
5:23

## M

**March (6)**
5:11;6:2;7:10,17,
17,17
**marked (1)**
4:6,7

**matching (2)**
7:3,4
**Messrs (1)**
8:3
**morning (1)**
4:1
**myself (5)**
4:10;5:22;7:10,13,
18

## N

**needed (1)**
5:25
**nor (2)**
4:4;7:23
**notified (1)**
5:20
**Number (6)**
4:6,7,18;5:3;7:16,
20

## O

**oath (1)**
4:19
**off (2)**
5:17;8:3
**Office (3)**
4:14;5:20;6:15
**officers (1)**
6:23
**OIG (1)**
5:23
**one (2)**
6:22;7:4
**opportunity (1)**
6:22
**options (1)**
7:16
**otherwise (1)**
7:22
**out (1)**
8:2
**over (1)**
6:11

## P

**phone (2)**
7:20;8:1
**placed (1)**
8:1
**Potential (1)**
7:14
**present (2)**
4:4,9
**previously (1)**
6:4
**Prior (1)**
5:19
**Prosser (2)**
5:16,19

**provided (3)**
  5:25;7:16,19
**pursuant (1)**
  4:2
**put (2)**
  4:19;7:8

## Q

**quite (1)**
  7:16

## R

**reached (1)**
  8:2
**really (1)**
  6:10
**received (1)**
  8:7
**record (4)**
  4:19;7:7;8:3,10
**remember (1)**
  5:17
**reminded (1)**
  8:6
**represent (1)**
  7:12
**represented (1)**
  7:11
**represents (1)**
  7:9
**request (1)**
  7:22
**Rick (5)**
  4:4,4;5:8;6:3,6
**right (4)**
  5:12;6:4,21;8:9
**room (1)**
  4:9

## S

**schedule (1)**
  7:23
**security (1)**
  6:23
**serve (1)**
  5:8
**served (4)**
  4:4,17;5:15,16
**serving (2)**
  5:19,21
**Sheriff's (1)**
  5:20
**speak (2)**
  7:13,18
**special (3)**
  4:13,15;5:22
**Spokane (1)**
  6:1
**statements (1)**
  6:8

**States (1)**
  4:13
**Stewart (1)**
  5:23
**swear (1)**
  4:20
**sworn (1)**
  4:24

## T

**talk (1)**
  7:14
**talking (1)**
  6:12
**testified (1)**
  4:24
**Thereupon (1)**
  4:7
**Tim (1)**
  7:8
**times (2)**
  7:14,15
**today (5)**
  4:10;5:12;6:2,23,25
**told (3)**
  5:25;6:10,12
**took (1)**
  6:15
**top (1)**
  5:17
**TORNABENE (7)**
  4:1,9,11;5:2;7:6;
  8:4,5
**Treiber (1)**
  4:15
**Tyler (1)**
  4:10

## U

**under (1)**
  4:18
**United (1)**
  4:13
**up (1)**
  6:13
**USDA (2)**
  4:16;5:23

## W

**Washington (1)**
  5:19
**way (1)**
  8:2
**Wednesday (1)**
  6:2
**week (2)**
  5:12;6:13
**witness (1)**
  4:23

## 1

**1 (4)**
  4:6,7,18;5:3
**10th (2)**
  5:11;7:10
**11th (1)**
  7:17
**12th (1)**
  7:17
**15th (1)**
  7:17
**17th (1)**
  6:2

## 2

**21-002 (1)**
  4:2
**21509 (1)**
  5:18

## 9

**9:20 (1)**
  4:5
**9:26 (1)**
  8:11

# EXHIBIT 3

| From: | Tornabene, Tyler H.L. (USAWAE) |
| --- | --- |
| To: | Tim Carlson ; Fruchter, Daniel (USAWAE) |
| Cc: | Rick Gray |
| Subject: | RE: See Attached-Rick Gray |
| Date: | Monday, March 29, 2021 12:07:00 PM |
| Attachments: | image001.png |
| | image003.png |

Tim

Glad we were able to touch base this morning.  This email is to confirm your representation that you will accept service of our forthcoming Petition to Enforce and for Costs.  We understand that by merely accepting service you do not intend to file a notice of appearance in this matter.

As stated on our call  in our forthcoming petition we will request that the Court set Mr. Gray's oral testimony for Thursday  April 15th at 9:00 am.  As you'll see we will ask that it be again set in the Spokane Federal Building at 920 W. Riverside Ave.  Spokane  WA 99201.

As discussed  we understand from you that Mr. Gray is seeking different counsel to represent him in this matter and that counsel may reach out to us regarding what date might work best the week of April 12th.  Again  please forward new counsel our emails and contact numbers  which you already have. As stated  we plan to file our petition tomorrow.

Thank you
Tyler



**Tyler H.L. Tornabene**
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of Washington
920 West Riverside Avenue | Suite 340
P.O. Box 1494 | Spokane WA 99201

B.I.—  This e-mail is the property of sender and/or USAWAE  States. You are not auth  zed to use, copy and/or disclose the existence or contents of this e-mail without the express permission of sender.  If you are not the intended rec pient, please immediately contact sender and destroy and delete the  e-mail and any and all cop es.
Please contact sender should you have any further questions.  Thank you.

---

**From:** Tornabene, Tyler H.L. (USAWAE)
**Sent:** Friday  March 26  2021 4:59 PM
**To:** Tim Carlson <tcarlson@carlsonhinton.com> Fruchter, Daniel (USAWAE) <DFruchter@usa.doj.gov>
**Cc:** Rick Gray <grayfarmstrucking
**Subject:** RE  See Attached-Rick Gray

Tim

We can be available for a call on Monday to discuss next steps regarding getting a date from the Court and the imposition of costs.  To allow for us to confer prior to filing our petition  we're willing to hold off on filing until Tuesday to see what if any agreements we can come to.  For our conversation it would be most helpful if you could have the dates later in the week of the 12th that would be workable for Mr. Gray since he will then be back in town.  That will still have given Mr. Gray over a month from the day he was served to obtain new counsel or additional counsel of his choice.  If he chooses to retain new or additional counsel in this matter by Monday we would of course want to include that person in the conversation.

It looks like we're available for a call at 11:00 on Monday.  Let us know if that works and we'll circulate a call-in.

Thank you
Tyler



**Tyler H.L. Tornabene**
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of Washington
920 West Riverside Avenue | Suite 340
P.O. Box 1494 | Spokane WA 99201

B.I.—  Th s e-ma l is the property of sender and/or Un te  States. You are not authorized to use, copy and/or disclose the existence or contents of this e-mail without the express permission of sender.  If you are not the intended rec pient, please immediately contact sender and destroy and delete the  e-mail and any and all cop es.
Please contact sender should you have any further questions.  Thank you.

---

**From:** Tim Carlson <tcarlson@carlsonhinton.com>
**Sent:** Friday  March 26  2021 12:12 PM
**To:** Tornabene  Tyler H.L. (USAWAE) <Tornabene@usa.doj.gov>: Fruchter  Daniel (USAWAE) <DFruchter@usa.doj.gov>
**Cc:** Rick Gray <grayfarmstrucking
**Subject:** RE  See Attached-Rick Gray

Tyler

I am sorry for any confusion in this particular matter. The original date for the subpoena and interview came on rather quickly. I am helping Rick with another matter. I am not engaged to help them directly with regard to this matter. However, because of the fast time track we have not been able to find other counsel for him at this point. We have inquiries out to other lawyers to help them. I think that this is a serious enough matter where he should be represented by counsel familiar both with the subject matter and with the area of the law. That is not me.

Accordingly, we would ask that you work with us to reschedule the "deposition". Rick will not be available on April 12, 2021 because he is flying back to town that day. Like you he wants to get this matter past.  He needs advice regarding the past subpoena and the date that he was to be available, including payment of the charges for the missed date. I think his confusion came and the fact that he thought we were going to be able to work with another attorney and get someone in contact with you to handle this matter. Obviously I do not want to get into a privilege conversation.  This is been a very difficult time for Rick.  He is trying to recover from the bankruptcy case. We will get back to you about the past charges.

We ask your patience in arranging for counsel. If it would help, I will try to keep you posted. We are talking to another lawyer on Monday. Obviously I cannot stop you from going to the court but would appreciate it if you could give notice to me.  If you want to talk about this by telephone I am happy to arrange a telephone conversation time to discuss it with you. Thank you in advance for your consideration.

Sincerely

*Tim Carlson*

**PLEASE NOTE OUR NEW LOCATION AND ADDRESS**

Email From:

**Timothy J. Carlson** of
**Carlson Hinton**
Attorneys at Law
2010 W. Nob Hill Blvd-Ste 3
Yakima WA 98902-5382
**(509) 834-6611**
Fax:  (509) 834-6610
Email return: tcarlson@carlsonhinton.com
*Client Focused. Results Driven*

**Confidentiality Notice**

This e-mail transmission may contain information which is protected by the attorney-client, work product and/or other privileges. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please contact us immediately and return any e-mail to us by choosing Reply (or the corresponding function on your e-mail system) and then deleting the e-mail. We thank you advanced for your help and keeping this e-mail confidential. No waiver or compromise of the attorney-client privilege is intended by this communication, to the extent that it was originally intended to be a confidential communication between anyone covered by the attorney-client privilege and their attorney.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that to the extent this communication contains advice relating to a Federal tax issue, it is not intended or written to be used, and it may not be used, for (i) the purpose of avoiding any penalties that may be imposed on you or any other person or entity under the Internal Revenue Code or (i) promoting or marketing to another party any transaction or matter addressed herein.

**From:** Tornabene  Tyler H.L. (USAWAE) <Tyler.H.L.Tornabene@usdoj.gov>
**Sent:** Thursday  March 25  2021 2 09 PM
**To:** Tim Carlson <tcarlson@carlsonhinton.com>; Fruchter  Daniel (USAWAE) <Daniel.Fruchter@usdoj.gov>
**Subject:** RE  See Attached-Rick Gray

Tim

Thank you for reaching out on this.  We ve calculated our costs resulting from the missed deposition.  They are as follows

- $161.28 (Special Agent Jason Gonzalez s mileage (288 mile round trip from Richland times the 2021 federal mileage rate of $0.56)
- $1,603.51 (Special Investigator Chris Treiber s travel costs from California)
- $171.00 (court reporter costs)
  TOTAL  $1,935.79

We will be filing a petition with the Court for these costs and need to know if Mr. Gray will be stipulating to paying those or if he will be contesting them.

Additionally  we intend to re-set the deposition date to Monday  April 12  2021  at 9 00 am (once again at 920 W. Riverside  Spokane  WA)  and will be filing a summary petition to enforce that date by court order.  Please let us know if Mr. Gray will stipulate to that date so we can advise the Court.

We will need hear from you on the above no later than close of business tomorrow (Friday) as we intend to file our petition Monday.  If we do not hear from you by close of business tomorrow (Friday) we will assume this matter will be contested and proceed accordingly.

Thank you
Tyler

**Tyler H.L. Tornabene**
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of Washington
920 West Riverside Avenue | Suite 340
P.O. Box 1494 | Spokane WA 99201

Notice  Th s e-mo l is the property of sender and/or United States. You are not authorized to use, copy and/or disclose the existence or contents of this e-mail without the express permission of sender.  If you are not the intended rec pient, please immediately contact sender and destroy and delete the e-mail and any and all cop es. Please contact sender should you have any further questions.  Thank you.

---

**From:** Tim Carlson <tcarlson@carlsonhinton.com>
**Sent:** Wednesday  March 17  2021 5 13 PM
**To:** Tornabene  Tyler H.L. (USAWAE) <ttornabene@usa.doj.gov>; Fruchter  Daniel (USAWAE) <DFruchter@usa.doj.gov>
**Subject:** RE  See Attached-Rick Gray

Gentlemen

I am very sorry that the message did not get across that we would arrange to have been there in a cooperative manner. We will assure that an should set a time. Please let me know your availability so that we can schedule a telephone conference call. I appreciate your consideration of this. Thanks

Sincerely

*Tim Carlson*

**PLEASE NOTE OUR NEW LOCATION AND ADDRESS**

Email From:

**Timothy J. Carlson** of
**Carlson Hinton**
Attorneys at Law
2010 W. Nob Hill Blvd-Ste 3
Yakima WA 98903-5282
(509) 834-6611
Fax:  (509) 834-6610
Email return: tcarlson@carlsonhinton.com
*Client Focused. Results Driven*

**Confidentiality Notice**

This e-mail transmission may contain information which is protected by the attorney-client, work product and/or other privileges. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please contact us immediately and return any e-mail to us by choosing Reply (or the corresponding function on your e-mail system) and then deleting the e-mail. We thank you advanced for your help and keeping this e-mail confidential. No waiver or compromise of the attorney-client privilege is intended by this communication, to the extent that it was originally intended to be a confidential communication between anyone covered by the attorney-client privilege and their attorney.

IRS Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that to the extent this communication contains advice relating to a Federal tax issue, it is not intended or written to be used, and it may not be used, for (i) the purpose of avoiding any penalties that may be imposed on you or any other person or entity under the Internal Revenue Code or (i) promoting or marketing to another party any transaction or matter addressed herein.

---

**From:** Tornabene  Tyler H.L. (USAWAE) <Tyler.H.L.Tornabene@usdoj.gov>
**Sent:** Wednesday  March 17  2021 3 28 PM
**To:** Fruchter  Daniel (USAWAE) <Daniel.Fruchter@usdoj.gov>; Tim Carlson <tcarlson@carlsonhinton.com>
**Subject:** RE  See Attached-Rick Gray

Tim

Your client  Rick Gray  failed to show up today despite being properly served with Civil Investigative Demand No. EDWA 21-002 requiring his appearance at the Federal Building in Spokane today at 9 00 am.  This is particularly concerning as you were also aware of the Civil Investigative Demand and your client s obligations to appear and did not notify us that he would not be appearing or request a continuance  causing us to incur significant travel and court reporter costs.  Accordingly  we will be seeking an order compelling him to appear and costs from the Court which will include  at a minimum  the cost of the court reporter and the cost of the agents  travel.

Please also be advised that your client s failure to abide by his legal obligations  even with the benefit of your representation  requires us to set another date for his deposition and to secure a court order to further ensure his appearance.

Thank you

Tyler



**Tyler H.L. Tornabene**
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of Washington
920 West Riverside Avenue | Suite 340
P.O. Box 1494 | Spokane WA 99201

Notice  This e-mail is the property of sender and/or United States.  You are not authorized to use, copy and/or disclose the existence or contents of this e-mail without the express permission of sender.  If you are not the intended recipient, please immediately contact sender and destroy and delete the e-mail and any and all copies.  Please contact sender should you have any further questions.  Thank you.

---

**From:** Fruchter  Daniel (USAWAE) <Dfruchter@usa.doj.gov>
**Sent:** Wednesday  March 10  2021 1 35 PM
**To:** Tim Carlson <tcarlson@carlsonhinton.com>; Tornabene  Tyler H.L. (USAWAE) <ttornabene@usa.doj.gov>
**Subject:** RE  See Attached-Rick Gray

No problem.  Just let us know when you're available to chat  or feel free to have your assistant get in touch with us via email or on my cell.  We're on the road Thursday  on Friday  but we could possibly make generally some time for a call Thursday or Friday afternoon.  Otherwise  Monday the 15th  looks generally clear.  Talk to you soon.

Dan



**Daniel Hugo Fruchter**
Assistant United States Attorney
United States Attorney's Office
Eastern District of Washington
920 West Riverside Avenue | Suite 340
P.O. Box 1494 | Spokane WA 99201

---

**From:** Tim Carlson <tcarlson@carlsonhinton.com>
**Sent:** Wednesday  March 10  2021 1 26 PM
**To:** Fruchter  Daniel (USAWAE) <Dfruchter@usa.doj.gov>; Tornabene  Tyler H.L. (USAWAE) <ttornabene@usa.doj.gov>
**Subject:** RE  See Attached-Rick Gray

Thanks for the email. The rest of my afternoon is booked solid. I would appreciate if you could call my assistant Brenda and arrange for a time when we could talk. I haven't even had a chance to discuss this with the Rick. I have to leave for a doctor's appointment right now. Probably won't be able to communicate with you the rest of the afternoon. Thanks

Sincerely

*Tim Carlson*

PLEASE NOTE OUR NEW LOCATION AND ADDRESS

Email From:

**Timothy J. Carlson** of
**Carlson Hinton**
Attorneys at Law
2010 W. Nob Hill Blvd-Ste 3
Yakima WA 98903-5282
**(509) 834-6611**
Fax:  (509) 834-0610
Email return: tcarlson@carlsonhinton.com
*Client Focused. Results Driven*

**Confidentiality Notice**

This e-mail transmission may contain information which is protected by the attorney-client, work product and/or other privileges.  If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents of this message is strictly prohibited.  If you have received this transmission in error, please contact us immediately and return any e-mail to us by choosing Reply (or the corresponding function on your e-mail system) and then deleting the e-mail.  We thank you advanced for your help and keeping this e-mail confidential.  No waiver or compromise of the attorney-client privilege is intended by this communication, to the extent that it was originally intended to be a confidential communication between anyone covered by the attorney-client privilege and that attorney.

IRS Circular 230 Disclaimer:  To assure compliance with requirements imposed by the IRS, we inform you that to the extent this communication contains advice relating to a Federal tax issue, it is not intended or written to be used, and it may not be used, for (i) the purpose of avoiding any penalties that may be imposed on you or any other person or entity under the Internal Revenue Code or (ii) promoting or marketing to another party any transaction or matter addressed herein.

---

**From:** Fruchter  Daniel (USAWAE) <Daniel.Fruchter@usdoj.gov>
**Sent:** Wednesday  March 10  2021 1 24 PM
**To:** Tim Carlson <tcarlson@carlsonhinton.com>; Tornabene  Tyler H.L. (USAWAE) <Tyler.H.L.Tornabene@usdoj.gov>
**Subject:** RE  See Attached-Rick Gray

Tim  that would be me and Tyler.  Is there a good time this afternoon to chat – say 2 pm?

Dan



**Daniel Hugo Fruchter**
Assistant United States Attorney
United States Attorney's Office
Eastern District of Washington
920 West Riverside Avenue | Suite 340
P.O. Box 1494 | Spokane WA 99201

---

**From:** Tim Carlson <tcarlson@carlsonhinton.com>
**Sent:** Wednesday  March 10  2021 1 22 PM
**To:** Donovan  Brian (USAWAE) <BDonovan@usa.doj.gov>; Fruchter  Daniel (USAWAE) <DFruchter@usa.doj.gov>; Tornabene  Tyler H.L. (USAWAE) <ttornabene@usa.doj.gov>
**Subject:** RE  See Attached-Rick Gray

Thanks Brian.  Do I communicate with you as the attorney on this matter?

Sincerely

*Tim Carlson*

PLEASE NOTE OUR NEW LOCATION AND ADDRESS

Email From:

**Timothy J. Carlson** of

**Carlson Hinton**
Attorneys at Law
2010 W. Nob Hill Blvd-Ste 3
Yakima WA 98902-5282
**(509) 834-6611**
Fax: (509) 834-6610
Email return: tcarlson@carlsonhinton.com
*Client Focused. Results Driven.*

**Confidentiality Notice**

This e-mail transmission may contain information which is protected by the attorney-client, work product and/or other privileges. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please contact us immediately and return any e-mail to us by choosing Reply (or the corresponding function on your e-mail system) and then deleting the e-mail. We thank you advanced for your help and keeping this e-mail confidential. No waiver or compromise of the attorney-client privilege is intended by this communication, to the extent that it was originally intended to be a confidential communication between anyone covered by the attorney-client priv lege and that attorney.

IRS Circular 230 Disclaimer: To assure compliance with requirements imposed by the IRS, we inform you that to the extent this communication contains advice relating to a Federal tax issue, it is not intended or written to be used, and it may not be used, for (i) the purpose of avoiding any penalties that may be imposed on you or any other person or entity under the Internal Revenue Code or (i ) promoting or marketing to another party any transaction or matter addressed herein.

---

**From:** Donovan  Brian [USAWAE] <Brian.Donovan@usdoj.gov>
**Sent:** Wednesday  March 10  2021 1 20 PM
**To:** Fruchter  Daniel [USAWAE] <Daniel.Fruchter@usdoj.gov>; Tornabene  Tyler H.L. [USAWAE] <Tyler H L.Tornabene@usdoj.gov>
**Cc:** Tim Carlson <tcarlson@carlsonhinton.com>
**Subject:** FW  See Attached-Rick Gray

Hi Dan and Tyler,

Please see the below email from Tim Carlson. Can you please respond to him to set up a time to discuss the attached CID? He is cc'd on this email.

Thanks,



**Brian M. Donovan**
Assistant United States Attorney
Coordinator, Asset Forfeiture and Financial Litigation Unit
United States Attorney's Office
Eastern District of Washington
920 West Riverside Avenue | Suite 340
P.O. Box 1494 | Spokane WA 99210

---

**From:** Tim Carlson <tcarlson@carlsonhinton.com>
**Sent:** Wednesday  March 10  2021 1 10 PM
**To:** Donovan  Brian  [USAWAE] <BDonovan@usa.doj.gov>
**Cc:** bill.hyslop@
**Subject:** See Attached-Rick Gray

Brian

My client was served with the attached as part of a civil investigation under the False Claims Act. I recognize that Bill left office as of the end of the month of February. He signed this on February 24, 2021. My question is who I communicate with you in your office. While I admit it is probably not you, I wanted to make sure that I communicated with the right person was hopeful that you could point me in the right direction. I certainly appreciate any outreach you can give me regarding that. Thanks

Sincerely

*Tim Carlson*

**PLEASE NOTE OUR NEW LOCATION AND ADDRESS**

Email From:

**Timothy J. Carlson** of

**Carlson Hinton**
Attorneys at Law
2010 W. Nob Hill Blvd-Ste 3
Yakima WA 98902-5282
**(509) 834-6611**
Fax:  (509) 834-6610
Email return: tcarlson@carlsonhinton.com
*Client Focused. Results Driven.*

**Confidentiality Notice**

This e-mail transmission may contain information which is protected by the attorney-client, work product and/or other privileges. If you are not the intended recipient, you are hereby notified that any disclosure, or taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this transmission in error, please contact us immediately and return any e-mail to us by choosing Reply (or the corresponding function on your e-mail system) and then deleting the e-mail. We thank you advanced for your help and keeping this e-mail confidential. No waiver or compromise of the attorney-client privilege is intended by this communication, to the extent that it was originally intended to be a confidential communication between anyone covered by the attorney-client priv lege and that attorney.

IRS Circular 230 Disclaimer: To assure compliance with requirements imposed by the IRS, we inform you that to the extent this communication contains advice relating to a Federal tax issue, it is not intended or written to be used, and it may not be used, for (i) the purpose of avoiding any penalties that may be imposed on you or any other person or entity under the Internal Revenue Code or (i ) promoting or marketing to another party any transaction or matter addressed herein.

# EXHIBIT 4

| | |
|---|---|
| **From:** | Tornabene, Tyler H.L. (USAWAE) |
| **Sent:** | Wednesday, March 31, 2021 11:18 AM |
| **To:** | Tim Carlson |
| **Cc:** | Rick Gray; Fruchter, Daniel (USAWAE); Hoffman, Hilary (USAWAE) [Contractor] |
| **Subject:** | CID No. EDWA 21-002: Direction to Appear on April 15th at 9:00 |

Tim,

Along the lines we discussed on Monday, this is our written direction to you and Mr. Gray that pursuant to Civil Investigative Demand No. EDWA 21-002 that Mr. Gray is to personally appear on April 15th, 2021, at 9:00 am at the Thomas S. Foley U.S. Courthouse, 920 W. Riverside Ave., Spokane, WA 99201, Room 116, to give oral testimony under oath.  Room 116 is on the first floor and is commonly referred to as the GSA 1st Floor Conference Room.  It is on the east side of the building and if necessary the Court Security Officers at the entrance to the building should be able to direct Mr. Gray, and whichever attorney accompanies him, to the conference room.  Please be advised that to gain entry to the building Mr. Gray and any counsel who accompanies him will need to have valid government issued identification with them and will need to wear face masks and comply with all other COVID-19 safety requirements while on federal property.

Thank you,
Tyler



**Tyler H.L. Tornabene**
**Assistant U.S. Attorney**
**United States Attorney's Office**
**Eastern District of Washington**
920 West Riverside Avenue | Suite 340
P.O. Box 1494 | Spokane WA 99201

Notice:  This e-mail is the property of sender and/or United States.  You are not authorized to use, copy and/or disclose the existence or contents of this e-mail without the express permission of sender.  If you are not the intended recipient, please immediately contact sender and destroy and delete the  e-mail and any and all copies.  Please contact sender should you have any further questions.  Thank you.